UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KALIAH BURNETT,

    Plaintiff,

v.

AMBULATORY SURGICAL CENTER OF SOUTHERN NEVADA, LLC, *et al.*,

    Defendants.

Case No. 2:23-cv-01671-RFB-NJK

**ORDER**

[Docket No. 8]

Pending before the Court is the parties' proposed discovery plan. Docket No. 8. The discovery period is calculated from the date the first defendant answers or otherwise appears in this case. Local Rule 26-1(b)(1). In this case, that date is November 13, 2023. Docket No. 6. The parties' proposed discovery deadlines, however, are improperly measured from December 8, 2023. Docket No. 9 at 1. Therefore, the parties' proposed discovery plan does not comply with the Local Rules.

Accordingly, the parties' proposed discovery plan is **DENIED** without prejudice. Docket No. 8. The parties must file a joint proposed discovery plan that fully complies with the Local Rules by December 15, 2023.

IT IS SO ORDERED.

Dated: December 11, 2023

                                                       Nancy J. Koppe
                                                     United States Magistrate Judge