# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KALIAH BURNETT,<br><br>   Plaintiff(s),<br><br>v.<br><br>AMBULATORY SURGICAL CENTER OF SOUTHERN NEVADA, LLC,<br><br>   Defendant(s). | Case No. 2:23-cv-01671-RFB-NJK<br><br>**Order**<br><br>[Docket No. 15] |

Pending before the Court is a stipulation to extend case management deadlines. Docket No. 15. The Court **SETS** that stipulation for a hearing at 1:00 p.m. on April 24, 2024, in Courtroom 3C.

IT IS SO ORDERED.

Dated: April 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1