**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KALIAH BURNETT,

      Plaintiff(s),

v.

AMBULATORY SURGICAL CENTER OF
SOUTHERN NEVADA, LLC,

      Defendant(s).

Case No. 2:23-cv-01671-RFB-NJK

**Order**

[Docket No. 18]

    Pending before the Court is a stipulation to change the hearing currently set for April 24, 2024, Docket No. 18, which is **GRANTED**.  The subject hearing is **ADVANCED** to 3:00 p.m. on April 22, 2024, in Courtroom 3C.

    IT IS SO ORDERED.

    Dated: April 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1